UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Shawna Cox,<br>Ryan Payne,<br>Victoria Sharp<br>ryan-c: family of Bundy<br><br>Plaintiffs:<br><br>Vs.<br><br>W. Joseph Astarita individually;<br>Mark McConnell individually;<br>Greg T. Bretzing individually;<br>Kate Brown individually;<br>Dave Ward individually;<br>Lucas McClain individually;<br>Brian Neidham individually;<br>Steven Grasty individually;<br>Defendant 1x individually;<br>Defendant 2x individually;<br>Defendant 3x individually;<br>Defendant 4x individually;<br>Defendant 5x individually;<br>Defendant 6x individually;<br>Defendant 7x individually;<br>Defendant 8x individually;<br>Defendant 9x individually;<br>Defendant 10x individually;<br>Defendant 11x individually;<br>Defendant 12x individually;<br>And other Men names unknown<br><br>Defendants. | **COMPLAINT WITHDRAWAL**<br><br>Case no. 3:18-cv-165-mo |

The Plaintiffs Shawna Cox, Victoria Sharp, and ryan-c; family of Bundy, withdraw from this complaint as there appears to be no justice in Federal Courts. True Criminals go unpunished while the innocent are being tortured. We feel that we will never receive a fair trial or that the Truth and Evidence will ever be brought to a Jury of our peers through the Federal Courts. In other words, it seems that unless we can have a court for "The People", by "The People" and of "The People" then it

must mean that we have Admiralty Courts by the UNITED STATES CORPORATION.

We therefore draw upon the authority of "We The People" through the Common Law Grand Jury to determine the guilt of those who have committed True Crimes against the plaintiffs. Thus returning the power of "The People" back into the hands of the people.

UNITED STATES GOVERNMENT has no authority in and of itself. Government only possess that small amount of limited authority that "We The People" have granted it, by and through the constitution for the united states of America. "We The People" reserve all right, authority and power.

It is apparent that the UNITED STATES GOVERNMENT has erected multitudes of offices, and sent forth swarms of officers to harass the people, and eat out our substance.

UNITED STATES GOVERNMENT has kept among us, in times of peace, standing armies without the peoples' consent.

UNITED STATES GOVERNMENT has combined with others to subject us to a jurisdiction foreign to our constitution and acknowledged by our laws; giving their assent to their acts of pretended legislation.

UNITED STATES GOVERNMENT has quartered large troops among us and they have protected them by mock trial, from punishment for many murders which they have committed on the inhabitants of these States.

Plaintiffs: Shawna Cox, Victoria Sharp, ryan-c; family of Bundy, therefore withdraw from this complaint 3:18-cv-165-mo and draw upon the power and

authority of " We The People" according to the rules of Common Law acknowledged in Amendment VII to the Constitution for the united states of America, and principles espoused in the Magna Carta to resolve the crimes by the defendants in this case.

FURTHER AFFIANT SAITH NOT.

Certification: The following is timely filed.

Autographed without prejudice, and without recourse, *Ryan C Bundy* as Principal, by Special Appearance, Notice to agents is notice to principal, Notice to principal is notice to agent.

By all rights and all powers as ordered by the 9th and 10th amendment of Bill of Rights and Bill of Provisions by the united states constitution.

### JURAT CERTIFICATE

**NEVADA STATE** }
**COUNTY OF** Clark }

On 02/06/2018 before me, Patricia Simmons-Dick, a Notary Public, personally appeared Ryan C. Bundy who proved to me on the basis of satisfactory evidence to be the person(s) whose Names(s) is/ are subscribed to the within instrument and acknowledged to Me that he/she/they executed the same in his/their/her authorized capacity(ies), And that by his/their/her autograph(s) on the instrument the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of Nevada State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____



PATRICIA SIMMONS-DICK
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-15-2020
Certificate No: 99-55723-1

**FURTHER AFFIANT SAITH NOT.**

**Certification: The following is timely filed.**

Autographed without prejudice, and without recourse,

_Shauna Cox_ as Principal, by Special Appearance,

Notice to agents is notice to principal, Notice to principal is notice to agent.

By all rights and all powers as ordered by the 9th and 10th amendment of Bill of Rights and Bill of Provisions by the united states constitution.

### JURAT CERTIFICATE

**UTAH STATE** }
**COUNTY OF** _Kane_ }

On _2/7/19_ before me, _Marjorie Heyborne_, a Notary Public, personally appeared _Shauna Cox_ who proved

to me on the basis of satisfactory evidence to be the person(s) whose

Names(s) is/ are subscribed to the within instrument and acknowledged to

Me that he/she/they executed the same in his/their/her authorized capacity(ies),

And that by his/their/her autograph(s) on the instrument the person(s) acted, executed,

the instrument. I certify under PENALTY OF PERJURY under the laws of Utah State

that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Signature _Marjorie Heyborne_

MARJORIE HEYBORNE
Notary Public
State Of Utah
My Commission Expires 10-23-2020
COMMISSION NO. 690949