UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **Ryan Payne** and **Victoria Sharp**,<br>Plaintiffs,<br><br>vs.<br><br>**W. Joseph Astarita**, individually and in his official capacity as an agent of the FBI **Defendants 1X through 6x**, individually and in their official capacity as agents of the Oregon State Police, **Greg T. Bretzing**, individually and in his capacity as an officer of the FBI, **Defendants 7x through 12x**, individually and in their official capacity As officers of the FBI, | No. 2:18-cv-165MO |

PLAINTIFFS' RESPONSE TO SHOW-CAUSE ORDER REGARDING
SERVICE UPON CERTAIN DEFENDANTS

Plaintiffs Ryan Payne and Victoria Sharp hereby respond to the Court's Order (#89) regarding service of process upon defendants Mark McConnell, Kate Brown, Dave Ward, Lucas McClain, Brian Neidham, and Steve Grasty.

Plaintiffs state that they do not intend to serve or pursue allegations against these named defendants at this time. Plaintiffs dismiss these named defendants without prejudice.

RESPECTFULLY SUBMITTED,

/s/ Roger Roots

1

Pro hac vice counsel for Plaintiffs
113 Lake Drive East
Livingston, Montana 59047
775-764-9347
rogerroots@msn.com

CERTIFICATE OF ELECTRONIC SERVICE
I hereby certify that on April 8, 2019 I submitted the foregoing document to the District Court's electronic filing system, causing all parties to this case to be notified and served.

By: /s/ Roger I. Roots
Pro hac vice counsel for Plaintiffs
113 Lake Drive East
Livingston, Montana 59047
775-764-9347
rogerroots@msn.com